UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-235-D-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER TO SEAL** |
| | ) | **[DOCKET ENTRY NUMBER 393]** |
| MARQUAVIOUS HAROLD CARR, | ) | |
| | ) | |
| Defendant. | ) | |

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 393 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, the _14_ day of _September_, 2020.

_____
JAMES C. DEVER III
United States District Judge