IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:18-CR-235-D-1

UNITED STATES OF AMERICA      )
                              )
        v.                    )          **ORDER TO SEAL**
                              )      **[DOCKET ENTRY NUMBER 397]**
MARQUAVIOUS HAROLD CARR,      )
                              )
        Defendant.            )

Upon Motion of the Defendant, it is hereby **ORDERED** that Docket Entry Number 397 be sealed until such time as the Court determines that the aforementioned filing should be unsealed.

**SO ORDERED.** This, the **22** day of _October_____, 2020.

_____
JAMES C. DEVER III
United States District Judge